United States District Court
Eastern District of North Carolina

MICHAEL R. WILSON
          Petitioner

v.                                **Judgment in a 2255 Action**

UNITED STATES OF AMERICA
          Respondent                Criminal Case No. 5:06-CR-94-D-1
                                                    Civil Case Number: 5:08-CV-166-D

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that this action is hereby dismissed without prejudice for failure to prosecute.

THE ABOVE JUDGMENT WAS FILED AND ENTERED TODAY, JULY 28, 2008 AND COPIES SENT TO:

Via U.S. Postal Service                              Via Notice of Electronic Filing
Michael R. Wilson  502024-056              R.A. Renfer, Jr.
Fairton - F.C.I.
P.O. Box 420
Fairton, NJ 08320

July 28, 2008                                              /s/ Dennis P. Iavarone
Date                                                                   Clerk

Raleigh, North Carolina